Filed Dec. 13, 1883.

———◆———

No. 11,122.

THE STATE *v.* SPENCER.

SUPREME COURT.—*Appeal.*—*Dismissal.*—An appeal, taken from a ruling setting aside a verdict and granting a new trial, will be dismissed in the Supreme Court.

From the White Circuit Court.

*R. Gregory*, Prosecuting Attorney, for the State.

*A. W. Reynolds* and *E. B. Sellers*, for appellee.

ELLIOTT, J.—This appeal must be dismissed for the reason that it was taken while the case was still pending for trial in the circuit court, and before any judgment had been pronounced. A trial had resulted in favor of the State, and the court set aside the verdict and granted a new trial, and this is the ruling we are asked to review. We do not think that an appeal will lie in such a case. Appeal dismissed.

HAMMOND, J., was absent.

Filed Dec. 12, 1883.